ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

2020 DEC 18  PM 3: 35

DEPUTY CLERK_____ 9

Winston  W. Noles

Plaintiff

3 - 20 CV 3677 - N

Case Number

v.

Nick Dial, Kieth Short

Defendant

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.

2. Other material, if any.

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

I have contacted several Law firms yet have a Finatial Restriction to retaining counsel at the cost requested for represent.

| | |
|---|---|
| Date | 12/09/2020 |
| Signature | WNoles |
| Print Name | Winston Noles |
| Address | 11452 County road B |
| City, State, Zip | Manzanola  CO  81058 |
| Telephone | 214 874 5605 |