IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WINSTON WESLEY NOLES, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:20-cv-03677-N-BK |
| | § | |
| NICK DIAL, KEITH SHORT, | § | |
|     Defendants. | § | |

## DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Dial who make and file this Motion to Dismiss Plaintiff's Original Complaint[1] ("Complaint") pursuant to F.R.C.P. 12(b)(6). For same, Defendant would state the following:

1. Plaintiff's Complaint asserts various Constitutional claims pursuant to 42 USC §1983[2] The asserted claims are inadequately pleaded and do not survive Defendant's Motion to Dismiss pursuant to F.R.C.P. 12(b)(6). Further, Plaintiff fails to sufficiently plead a claim which overcomes Defendant's qualified immunity defense.

2. Plaintiff's suit is barred by *res judicata*.

3. Plaintiff's claims are barred by the applicable statute of limitations.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that he go hence without day, recover costs, including reasonable costs and attorney's fees, pursuant to 42

---

[1] Court's Docket # 03.
[2] *Id*. at   pp. 3-4.

U.S.C. 1988, in this behalf expended and for such other and further relief, both general and special, to which Defendants may be justly entitled.

    Respectfully submitted,

By:   **/s/ Joe C. Tooley**
     State Bar No. 20129750
510 Turtle Cove, Suite 112
Rockwall, Texas 75087
(972) 722-1058
(972) 722-1070 (Facsimile)
Joe@TooleyLaw.com

ATTORNEY FOR DEFENDANT NICK DIAL

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to Plaintiff, *pro se,* via email to winstonottonoles@gmail.com in accordance with the Federal Rules of Civil Procedure on this 19TH day of February, 2021.

**/s/ Joe C. Tooley**