IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WINSTON WESLEY NOLES, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:20-CV-3677-N-BK |
| | § | |
| NICK DIAL, POLICE OFFICER, ROYSE CITY TX, IN HIS INDIVIDUAL CAPACITY AND KEITH SHORT, POLICE OFFICER, ROYSE CITY TX, IN HIS INDIVIDUAL CAPACITY, | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED IN PART WITHOUT PREJUDICE**. Plaintiff may file an amended complaint within 14 days of the date of this order.

SO ORDERED this 17th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE

In the United States District Court
For the Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| Winston Wesley Noles, | § § § | |
| Plaintiff, | § § § § | |
| v. | § § | Civil Case No. 3:20-CV-3677-N-BK |
| Nick Dial, Police Officer, Royse City TX, in his individual capacity and Keith Short, Police Officer, Royse City TX, in his individual capacity, | § § § § § § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Defendants filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.  Accordingly, Plaintiff's case is **DISMISSED IN PART WITHOUT PREJUDICE**.  Plaintiff may file an amended complaint within 14 days of the date of this order.

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE