IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WINSTON WESLEY NOLES, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:20-CV-3677-N-BK |
| | § | |
| NICK DIAL, POLICE OFFICER, ROYSE CITY TX, IN HIS INDIVIDUAL CAPACITY AND KEITH SHORT, POLICE OFFICER, ROYSE CITY TX, IN HIS INDIVIDUAL CAPACITY, | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's Fourth and Fourteenth Amendment claims and his First Amendment claims for right of redress and prior restraint are **DISMISSED WITH PREJUDICE**.

SO ORDERED this 27th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE