IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WINSTON WESLEY NOLES, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:20-cv-03677-N-BK |
| | § | |
| NICK DIAL, KEITH SHORT, | § | |
|     Defendants. | § | |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT APPENDIX**

COME NOW Defendants Dial and Short who make and file this Motion for Summary Judgment Appendix pursuant to F.R.C.P. 56 and Local Rule 56.6.

Defendants submit the flowing evidence in support of their Motion for Summary Judgment:

1.  Affidavit (report) of Expert Stone, with attachments.          1-6.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully pray that they go hence without day and recover costs, including reasonable attorney's fees, in this behalf expended.  Defendants further pray for such other and further relief, both general and special, to which they may be justly entitled.

Respectfully submitted,

By:  **/s/ Joe C. Tooley**
     State Bar No. 20129750
510 Turtle Cove, Suite 112
Rockwall, Texas 75087
(972) 722-1058
(972) 722-1070 (Facsimile)
Joe@Tooleylaw.com

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel for Plaintiffs in accordance with the Federal Rules of Civil Procedure, as modified by this Court's ECF Orders, on this 17th day of January, 2023.

**/s/ Joe C. Tooley**