IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WINSTON WESLEY NOLES,<br>Plaintiff, | § § § | |
| v. | § § | Cause No. 3:20-CV-03677-N-BK |
| NICK DIAL & KEITH SHORT,<br>Defendants. | § § § § | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S OBJECTION AND RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1, Plaintiff submits this Appendix in Support of his Response to Defendant's Motion for Summary Judgment:

| EXHIBIT | DESCRIPTION | APP. |
|---|---|---|
| A | December 14, 2020, USPS Postal News Release | 1–2 |
| B | USPS Tracking Plus Statement | 3 |
| C | Declaration of Winston Noles | 4–5 |
| D | Order of Dismissal in Cause No. 180004049, State of Texas v. Winston Wesley Noles | 6 |
| E | Dial Dashcam Video | 7 |

Respectfully submitted,

CHANDLER & SHAVIN, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251

By: /s/ Daniel Alexander
Of Counsel
Texas Bar No. 24110752

469-236-4503 (tel)
alexander@chandlershavin.com

Eliot Shavin
Texas Bar No. 18138200
214-522-2010 (tel)
shavin@chandlershavin.com

Corinna Chandler
Texas Bar No. 24061272
972-863-9063 (tel)
972-692-5220 (fax)
chandler@chandlershavin.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via the Court's ecf system on this the 6th day of February, 2023.

*/s/ Daniel Alexander*
Daniel Alexander