

FOR IMMEDIATE RELEASE  
Dec. 14, 2020

Contact: Kim Frum  
*kimberly.a.frum@usps.gov*  
*usps.com/news*

# Amid Historic Volumes in an Extraordinary Year for Deliveries, the U.S. Postal Service Reinforces Importance of Mailing Packages Early

*Postal Service Pulling out All Stops to Meet Seasonal Volumes Amid Pandemic*

WASHINGTON, DC — In an extraordinary year of unprecedented challenges given the COVID-19 pandemic and a historic record of mail and package volume this holiday season, the Postal Service encourages customers to send their holiday gifts and cards as soon as possible.

"We thank our customers for their continued support, and we are committed to making sure gifts and cards are delivered on time to celebrate the holidays," said Kristin Seaver, Chief Retail and Delivery Officer of the Postal Service. "We also thank our 644,000 employees who are working tirelessly throughout these unique conditions to ensure the delivery of holiday gifts and greetings."

Seaver added, "We continue to flex our network including making sure the right equipment is available to sort, process and deliver a historic volume of mail and packages this holiday season."

While every year the Postal Service carefully plans for peak holiday season, a historic record of holiday volume compounded by a temporary employee shortage due to the COVID-19 surge, and capacity challenges with airlifts and trucking for moving this historic volume of mail are leading to temporary delays.  These challenges are being felt by shippers across the board.

The Postal Service leadership team, the unions and management associations are all working in close collaboration to address issues and concerns as they arise as we focus on delivering the Holidays for the nation.

Seasonal workers are hired when and where needed, and technology has been expanded to enhance package tracking throughout the USPS processing and transportation networks. Sunday delivery expanded on Nov. 29 to locations with high package volumes. USPS already delivers packages on Sundays in most major cities. Mail carriers will also deliver packages for an additional fee on Christmas Day in **select** locations.

Other initiatives include, but aren't limited to:
- Expanded holiday retail hours in select locations
- Expanded package delivery window — delivery in morning, afternoon, and early evening where volume warrants
- Expanded operational capacity with new equipment
- Lease extra vehicles as needed to expedite deliveries

**Busiest Mailing and Delivery Days**
The busiest time of the season peaks two weeks before Christmas, when much of the last-minute shopping starts. This week, Dec. 14-21, is predicted to be the busiest mailing, shipping and delivery week.

**Skip the Trip and Ship Online**
Consumers don't have to leave home to ship their packages. In these socially distant times, they can simply visit *usps.com* or use the *Click-N-Ship* feature for help shipping that holiday gift,

**EXHIBIT A**

1

ordering free Priority Mail boxes, printing shipping labels, purchasing postage and even requesting free next-day Package Pickup. And *usps.com* is always open.

**2020 Holiday Shipping Deadlines**
The Postal Service recommends the following mailing and shipping deadlines for expected delivery by Dec. 25 to Air/Army Post Office/Fleet Post Office/Diplomatic Post Office and domestic addresses*:

- Dec. 15 — USPS Retail Ground service
- Dec. 18 — APO/FPO/DPO (except ZIP Code 093) USPS Priority Mail Express service
- Dec. 18 — First-Class Mail service (including greeting cards)
- Dec. 18 — First-class packages (up to 15.99 ounces)
- Dec. 19 — Priority Mail service
- Dec. 23 — Priority Mail Express* service

Alaska
- Dec. 18 — Alaska to/from Continental U.S. First-Class Mail
- Dec. 19 — Alaska to/from Continental U.S. Priority Mail
- Dec. 21 — Alaska to/from Continental U.S. Priority Mail Express

Hawaii
- Dec. 15 — Hawaii to/from mainland Priority Mail and First-Class Mail
- Dec. 21 — Hawaii to/from mainland Priority Mail Express

*Not a guarantee, unless otherwise noted. Dates are for estimated delivery before Dec. 25. Actual delivery date may vary depending on origin, destination, Post Office acceptance date and time, and other conditions. Some restrictions apply. For Priority Mail Express shipments mailed Dec. 22 through Dec. 25, the money-back guarantee applies only if the shipment was not delivered, or delivery was not attempted, within two business days.*

**More tips for a successful holiday mailing and shipping season:**
- Use free Priority Mail Flat Rate boxes. They are available at Post Office locations or online at *usps.com/freeboxes*.
- Make it easy with Click-N-Ship. You can create shipping labels and pay for postage online at *usps.com/ship*.
- Schedule a free Package Pickup when the carrier delivers your mail. It's free regardless of the number of packages. Pickups can be scheduled at *usps.com/pickup*.
- Mail and packages that weigh more than 10 ounces or are more than a half-inch thick and using stamps as postage cannot be dropped into a collection box or left for a carrier to pick up. Instead, take them to a local Post Office.
- Additional news and information, including all domestic, international and military mailing and shipping deadlines, can be found on the Postal Service Holiday Newsroom at *usps.com/holidaynews*.

Additional news and information can be found on the Postal Service Holiday Newsroom at *usps.com/holidaynews.*

The Postal Service receives no tax dollars for operating expenses and relies on the sale of postage, products and services to fund its operations.

# # #

**Please Note:** For U.S. Postal Service media resources, including broadcast quality video and audio and photo stills, visit the *USPS Newsroom*. Follow us on *Twitter*, *Instagram*, *Pinterest*, and *LinkedIn*. Subscribe to the USPS *YouTube Channel*, like us on *Facebook* and enjoy our *Postal Posts blog*. For more information about the Postal Service, visit usps.com and *facts.usps.com*.

More USPS holiday news, including shipping deadlines and letters to Santa, can be found at *usps.com/holidaynews*. For reporters interested in speaking with a regional Postal Service public relations professional, please go to *about.usps.com/news/media-contacts/usps-local-media-contacts.pdf*.

**EXHIBIT A**                                                                 2

USPS Tracking Plus™ Statement
As of August 9, 2022

Tracking Number: 9505511561780346770521

Destination Address: 1100 COMMERCE ST STE 1452

| Date & Time | Status of Item | Location |
|---|---|---|
| Dec 11, 2020 1:53 pm | ACCEPT OR PICKUP | 800319998 |
| Dec 11, 2020 4:15 pm | DEPART POST OFFICE | 800319998 |
| Dec 12, 2020 6:15 pm | IN TRANSIT TO NEXT FACILITY | |
| Dec 13, 2020 4:18 am | PROCESSED THROUGH USPS FACILITY | DENVER, CO 80266 |
| Dec 13, 2020 4:18 am | MAIL PIECE NESTED TO CONTAINER, NO EVENT | |
| Dec 13, 2020 5:21 am | CONTAINER CLOSE | DENVER, CO 80266 |
| Dec 14, 2020 6:18 pm | IN TRANSIT TO NEXT FACILITY | |
| Dec 15, 2020 6:18 pm | IN TRANSIT TO NEXT FACILITY | |
| Dec 16, 2020 1:34 am | PROCESSED THROUGH USPS FACILITY | DALLAS, TX 75398 |
| Dec 16, 2020 1:34 am | MAIL PIECE NESTED TO CONTAINER, NO EVENT | |
| Dec 16, 2020 4:13 am | PROCESSED THROUGH USPS FACILITY | DALLAS, TX 75398 |
| Dec 16, 2020 6:01 am | CONTAINER CLOSE | DALLAS, TX 75398 |
| Dec 17, 2020 7:11 am | ARRIVAL AT UNIT | DALLAS, TX 75201 |
| Dec 17, 2020 7:12 am | SORTING/PROCESSING COMPLETE | DALLAS, TX 75242 |
| Dec 17, 2020 7:22 am | OUT FOR DELIVERY | DALLAS, TX 75242 |
| Dec 17, 2020 12:43 pm | DELIVERED | DALLAS, TX 75242 |

**EXHIBIT B** 3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WINSTON NOLES,<br>Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No. 3-20-cv-3677-N-BK |
| | § | |
| NICK DIAL, et al.,<br>Defendants. | §<br>§<br>§<br>§ | |

**DECLARATION OF WINSTON NOLES**

My name is Winston Noles. I am over 21 years of age, of sound mind, and competent to make this Declaration. I have personal knowledge of the facts stated herein and I declare under penalty of perjury that they are true and correct.

During the early months of 2020, I was struggling with homelessness. The shelters were overcrowded and underfunded so I sought refuge at the home of Janet Matzen, a well known community outreach organizer in the Denver Metro area. Matzen was considered at risk for serious complications if she were to contract Covid-19. For this reason, I was displaced from Matzen's house in late April or early May 2020.

I struggled for many months to find stable shelter. During this time, public facilities such as libraries were closed to the public over concerns related to the Covid-19 pandemic. In late September 2020, I was able to secure a safe location to establish residence on the property of Randy Welker (now deceased) and promptly set to work on rewriting my complaint utilizing his personal computer. Once I had completed the Original Complaint, I made attempts to efile it with the Pacer system, but was unsuccessful no doubt due to user error. I then went to my local Post Office on

**EXHIBIT C**  4

December 11, 2020, and mailed a printed copy of my Original Complaint to the District Clerk by Priority Mail, with a typical delivery time of 1 to 3 days. This should have been enough time to have gotten the Original Complaint to the court before the expiration of limitations on December 16, 2020. However, due solely to the delays in the delivery of mail by the Postal Service, it did not arrive until December 18, 2020.

    Signed on this ____ day of August, 2022.

                                                _____
                                                Winston Noles

**EXHIBIT C**              5

CAUSE NO. _____

| STATE OF TEXAS | § | IN THE MUNICIPAL COURT OF RECORD |
| VS. _Winston Wesley Noles_ | § § § | FOR THE CITY OF ROYSE CITY ROCKWALL COUNTY, TEXAS |

OFFENSE: _Disorderly Conduct - Obscene Language_

| On _____, the Defendant in the above numbered and entitled cause appeared and entered the following plea:<br><br>☐ **GUILTY** AND WAIVE JURY TRIAL<br>☐ **NO CONTEST** AND WAIVE JURY TRIAL | ☐ NOT GUILTY<br><br>☐ WAIVE JURY TRIAL<br><br>☐ DEMAND JURY TRIAL | At trial on _____. Evidence and arguments in the above numbered cause heard by:<br><br>☐ COURT   ☐ JURY<br>and finds the Defendant<br>☐ GUILTY                ☐ NOT GUILTY<br>(sentence imposed)    (discharged without liability) |

**JUDGMENTS AND ORDERS**

☐ The defendant, being found GUILTY is therefore Ordered and Adjudged by the court that the State of Texas, for the use and benefit of the City of Royse City, do have and recover from the defendant the amount of $_____ (fine and court costs), and is ordered to be paid as follows:
  ☐ same day   ☐ within 30 days   due date: _____.
  ☐ $_____ every month, beginning on _____.
  ☐ Community Service: _____ hours to be completed and submitted on or before _____.
  ☐ Time Served granted in the amount of $_____. Remaining balance: $_____, due as stated above.
  **If the total amount is not paid within 30 days from the date of this judgment, a $25.00 time payment fee will be added.**

☑ The State ☑ has made a Motion for Dismissal, or the Court ☐ has determined dismissal is appropriate due to:
  ☐ Compliance                          ☑ No State Witness / unavailable
  ☐ Affidavit of Non-Prosecution        ☐ Plea in Bar in Connection with Cause no._____.
  This matter is hereby ordered DISMISSED
  ☑ Immediately  ☐ Upon timely compliance of judgment and orders in Cause no. _____.
  ☐ Upon payment of $_____ for an ☐ administrative fee, ☐ OMNI fee, and/or ☐ other fee.

☐ The defendant has been placed on DEFERRED DISPOSITION for _____ days, beginning today and ending on _____. **The defendant must post a bond in the amount of $_____ on or before** _____, to secure the payment of the fine and court costs totaling $_____. Upon successful completion, the bond will be used to pay the special expense fee of the same amount. The defendant is ordered to commit no further violations during the deferred period. Additional conditions ordered by the court are as follows:
  ☐ Defendant obtain and show proof of valid Texas driver's license
  ☐ Defendant obtain and show proof of 6 months valid financial responsibility
  ☐ Defendant complete and provide certificate of completion of state approved driving safety course
  ☐ _____
  ☐ _____

☐ Upon immediate payment of all costs and administrative fees in the amount of $_____, the defendant is ordered to complete a state approved DRIVING SAFETY COURSE and submit a certified copy of their driving record on or before _____, and the imposition of judgment is deferred for 90 days.

☐ The defendant requests that the posted bond of $_____ be applied towards the fine and court costs of $_____; the refund amount is $_____.

DEFENDANT UNDERSTANDS THAT PAYMENT OF THE FINE OR ANY PORTION THEREOF WAIVES THE RIGHT TO APPEAL THIS JUDGMENT. FAILURE TO COMPLY WITH A COURT ORDER MAY RESULT IN THE FINE INCREASING TO THE MAXIMUM AMOUNT ALLOWED BY STATE LAW. FAILURE TO FOLLOW THE COURT'S ORDER AS STATED HEREIN MAY ALSO RESULT IN THE ISSUANCE OF A WARRANT.

_[signature]_  2/2/2022
Defendant/Attorney Signature, Date

_____
Parent/Guardian Signature, Date

_[signature]_
Judge's Signature
Signed on: 2/2/2022

**Royse City Municipal Court | 100 W. Main Street | PO Box 638 | Royse City, TX 75189 | (972) 636-9434**

**EXHIBIT D**                                                                 6



Original USB drive on file with Clerk's Office.

**EXHIBIT E** 7