IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WINSTON WESLEY NOLES,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | Cause No. 3:20-CV-03677-N-BK |
| | § | |
| NICK DIAL & KEITH SHORT,<br>Defendants. | §<br>§<br>§<br>§ | |

## PLAINTIFF'S NOTICE OF MANUAL FILING

**TO THE HONORABLE JUDGE DAVID GODBEY:**

Plaintiff Winston Wesley Noles, through his undersigned counsel, submits this Notice of Manual Filing as follows:

Exhibit E, a USB flash drive containing Defendant Dial's dashcam video (Pl. App. at 7) which shows the time before, during, and immediately after the arrest of Winston Wesley Noles on December 16, 2018. Exhibit E is attached to Plaintiff's Appendix in Support of Plaintiff's Objection and Response to Defendants' Motion for Summary Judgment. Id. Plaintiff cannot electronically submit Exhibit E in pdf format because the exhibit is a physical object that cannot be scanned. Therefore, Plaintiff has manually submitted Exhibit E to the clerk of the Court for filing.

Respectfully submitted,

CHANDLER & SHAVIN, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251

By: /s/ Daniel Alexander
Of Counsel
Texas Bar No. 24110752
469-236-4503 (tel)
alexander@chandlershavin.com

>Eliot Shavin
>Texas Bar No. 18138200
>214-522-2010 (tel)
>shavin@chandlershavin.com
>
>Corinna Chandler
>Texas Bar No. 24061272
>972-863-9063 (tel)
>972-692-5220 (fax)
>chandler@chandlershavin.com
>
>**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via the Court's ecf system on this the 6th day of February, 2023.

>*/s/ Daniel Alexander*
>Daniel Alexander



Original USB drive on file with Clerk's Office.

**EXHIBIT E**