

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 3 2023

CLERK, U.S. DISTRICT COURT
By_____
            Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **WINSTON WESLEY NOLES,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Cause No. 3:20-CV-03677-N-BK** |
| | § | |
| **NICK DIAL & KEITH SHORT,** | § | |
| **Defendants.** | § | |
| | § | |

### PLAINTIFF'S NOTICE OF MANUAL FILING

**TO THE HONORABLE JUDGE DAVID GODBEY:**

Plaintiff Winston Wesley Noles, through his undersigned counsel, submits this Notice of Manual Filing as follows:

Exhibit E, a USB flash drive containing Defendant Dial's dashcam video (Pl. App. at 7) which shows the time before, during, and immediately after the arrest of Winston Wesley Noles on December 16, 2018. Exhibit E is attached to Plaintiff's Appendix in Support of Plaintiff's Objection and Response to Defendants' Motion for Summary Judgment. Id. Plaintiff cannot electronically submit Exhibit E in pdf format because the exhibit is a physical object that cannot be scanned. Therefore, Plaintiff has manually submitted Exhibit E to the clerk of the Court for filing.

Respectfully submitted,

CHANDLER & SHAVIN, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251

By: /s/ Daniel Alexander
Of Counsel
Texas Bar No. 24110752
469-236-4503 (tel)
alexander@chandlershavin.com

Plaintiff's Notice of Manual Filing                                                                          1

Eliot Shavin
Texas Bar No. 18138200
214-522-2010 (tel)
shavin@chandlershavin.com

Corinna Chandler
Texas Bar No. 24061272
972-863-9063 (tel)
972-692-5220 (fax)
chandler@chandlershavin.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via the Court's ecf system on this the 6th day of February, 2023.

*/s/ Daniel Alexander*
Daniel Alexander



Cause No. 3:20-CV-03677-N-BK
WINSTON WESLEY NOLES
v.
NICK DIAL & KEITH SHORT
Pl. App. at 7
Dial Dashcam Video

Daniel Alexander
Chandler & Shavin, PLLC
12377 Merit Dr., Ste 880
Dallas, TX 75251

United States District Court
1100 Commerce St., Room 1452
Dallas, TX 75242

RECEIVED
FEB 1 3 2023
MAILROOM

X-RAY

FIRST CLASS







CERTIFIED MAIL

7021 2720 0002 6543 4162

RDC 99

75242

U.S. POSTAGE PAID
FCM LG ENV
DALLAS, TX
75225
FEB 07, 23
AMOUNT
$5.89
R2305H126827-07