IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WINSTON WESLEY NOLES, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:20-cv-03677-N |
| | § | |
| NICK DIAL and KEITH SHORT, | § | |
| | § | |
| Defendants. | § | |

## **SETTLEMENT REPORT**

This case was referred to United States Magistrate Judge Rebecca Rutherford for a settlement conference. On March 20, 2023, the parties and their counsel appeared, as ordered, and met and conferred in a good faith attempt to settle the case. As a result of these good faith efforts, the parties reached a settlement.

DATED March 20, 2023.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE