# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF TEXAS
# NORTHERN DIVISION

| | |
|---|---|
| WINSTON WESLEY NOLES § | |
| § | |
| Plaintiff, § | |
| § | CAUSE NO. 3:20-CV-03677-N-BK |
| V. § | |
| § | |
| NICK DIAL and KEITH SHORT § | |
| Defendants. § | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective undersigned attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims, causes of action, and requests for relief sought by Winston Wesley Noles against the Defendants have been resolved, and the Parties hereby stipulate to dismissal of this lawsuit with prejudice with each party to pay his or its own attorney fees and/or costs regarding prosecuting and/or defending this lawsuit.

Approved as to form:

> CHANDLER & SHAVIN, PLLC
> 12377 Merit Drive, Suite 880
> Dallas, Texas 75251
>
> By: **/s/ Daniel Alexander**
> Of Counsel
> Texas Bar No. 24110752
> 469-236-4503 (tel)
> alexander@chandlershavin.com
>
> Eliot Shavin
> Texas Bar No. 18138200214-522-2010 (tel)
> shavin@chandlershavin.com

Corinna Chandler
Texas Bar No. 24061272972-863-9063 (tel)
972-692-5220 (fax)
chandler@chandlershavin.com

**ATTORNEYS FOR PLAINTIFF**


By:   **/s/ Joe C. Tooley**

State Bar No. 2012970
510 Turtle Cove, Suite 112
Rockwall, Texas 75087
(972) 722-1058
(972) 722-1070 (Facsimile)
Joe@TooleyLaw.com

**ATTORNEY FOR DEFENDANTS**